No. 148, Misc. SMITH *v.* STEELE ET AL. Court of Appeals of Tennessee and Supreme Court of Tennessee, Western District. Certiorari denied. *Nell Sanders Aspero* for petitioner. *Roane Waring* for respondents.

No. 167, Misc. PENNSYLVANIA EX REL. SIMCOX *v.* JOHNSTON, WARDEN. Superior Court of Pennsylvania. Certiorari denied.

No. 203, Misc. LINDQUIST *v.* TOWLE ET AL. Supreme Court of Nebraska. Certiorari denied.

No. 205, Misc. SWAIN, ADMINISTRATRIX, *v.* MISSISSIPPI VALLEY BARGE LINE Co. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner.

No. 214, Misc. DUSHON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George B. Grigsby* and *Harold J. Butcher* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 215, Misc. MACCURDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. B. Hodges* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 227, Misc. COBB *v.* CAVELL, WARDEN. Superior Court of Pennsylvania. Certiorari denied. Petitioner *pro se. Victor H. Blanc* and *James N. Lafferty* for respondent.